UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WOODY, | No.  20-cv-1911 JAM CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| MANJULA BOBBALA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On October 14, 2020, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a).  Plaintiff's complaint was dismissed with leave to amend.  Plaintiff has now filed an amended complaint which the court now screens.

Under 28 U.S.C. § 1915A(a), the court must dismiss a complaint or portion thereof if a prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

In his amended complaint, as in the original, plaintiff complains about medical care he received for broken bones in his hand.  However, also as in the original, plaintiff fails to state a claim upon which relief can be granted as plaintiff fails to point to facts suggesting he suffered injury as a result of a defendant's deliberate indifference to plaintiff's condition, or intentionally

1

harmful conduct, as opposed to merely negligent conduct. Accordingly, the amended complaint must be dismissed.

In the court's October 14, 2020 order, the court provided plaintiff with detailed information as to how he might state a claim for denial or delay of medical care under the Eighth Amendment. Despite the information provided, plaintiff still does not state an actionable claim, nor has plaintiff made any meaningful progress toward doing so. Since granting plaintiff leave to amend a second time appears futile, the court will recommend that this action be dismissed.

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's amended complaint be dismissed; and
2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 20, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wood1911.frs